UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**POWER TOOL SPECIALISTS, INC.,**
    **Plaintiff**

    **V.**

**BLACK & DECKER, INC.**
    **Defendant**

CIVIL ACTION

NO. 05-30193-MAP

## ORDER OF DISMISSAL

**PONSOR, D. J.**

    Pursuant to Rule 4.1(b) of the Local Rules of this Court, it is hereby ORDERED that the above-entitled action be and hereby is dismissed for failure to file returns of service within 120 days of the filing of the complaint.

    By the Court,

December 29, 2005      /s/John C. Stuckenbruck
    Date      Deputy Clerk

(Dismiss LR41ord.wpd - 12/98)      [odismr41.]